# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2015

*The Court of Appeals hereby passes the following order:*

## A15D0230. KELVIN DAVIS v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Kelvin Davis, through attorney Grady Roberts, appealed the magistrate court's decision to state court. The appeal was dismissed on October 21, 2014 for failure to pay the cost bill within 20 days of receipt of the bill. Following a number of additional appeals and dismissals, Davis filed a motion to set aside the state court's order. On January 5, 2015, the state court denied the motion to set aside.[1] Davis then filed this application for discretionary appeal on January 13, 2015. We lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Pursuant to OCGA § 44-7-56, appeals from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because Davis filed his application for discretionary appeal eight days after the state court's order was entered, it is

---

[1] Although there is no "official" order submitted with this application, Davis maintains that his motion to set aside was denied on January 5, 2015, and there is a signature, date-stamp, and handwritten notation on his motion to set aside that may be construed as a denial of his motion.

untimely. Accordingly, we lack jurisdiction to review this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___ 01/29/2015 ___
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*